IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| ARGONAUT INSURANCE COMPANY | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:11-cv-02741-WDQ |
| | | (Honorable Beth P. Gesner as to |
| WOLVERINE CONSTRUCTION, INC., *et al.* | * | Discovery and Scheduling) |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

After consideration of the Plaintiff's Motion for Modification of the Scheduling Order ("Plaintiff's Motion"), it is this ____ day of _____, 2012, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiff's Motion is GRANTED; and it is

**FURTHER ORDERED**, the deadlines for joinder of additional parties, amendment of pleadings and Plaintiff's Federal Rule of Civil Procedure 26(a)(1) Rebuttal Disclosures and Rule 26(e)(2) supplemental Disclosures are extended until after Defendants Wolverine Construction, Inc. and Robert Zimmerman have provided full and proper Answers to Plaintiff's Interrogatories and Responses to Plaintiff's Document Requests, produced their responsive documents to Plaintiff and Plaintiff has had a reasonable opportunity to review the Defendants' discovery responses/answers and documents produced; and it is

**FURTHER ORDERED**, that the Court may further modify these deadlines after the Parties' Status Report is filed on or before May 10, 2012.

_____
Beth P. Gesner
United States Magistrate Judge